IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 19  AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FRANK W. LING, M.D, ET AL.,

    Plaintiffs,

VS.

                              NO. 04-2484-MaP

HENRY G. HERROD, M.D., ET AL.,

    Defendants.

ORDER AMENDING SCHEDULE

Pursuant to defendants' July 14, 2005, motion to amend the schedule in this matter, the court held a status conference on July 27, 2005. Attending on behalf of the plaintiffs was Don Donati. Participating on behalf of the defendants was Nancy Maddox. For good cause shown, the court grants the motion and amends the scheduling order as follows:

1.    The deadline for completing discovery is October 31, 2005.

2.    The deadline for filing potentially dispositive motions is December 15, 2005.

3.    The parties will submit a proposed joint pretrial order by 5:00 p.m. on February 9, 2006.

4.    A pretrial conference will be held on Thursday, February 16, 2006, at 9:00 a.m.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-23-05

(36)

5.  The jury trial is **reset** to **Monday, February 27, 2006, at 9:30 a.m.** and is expected to last 3 to 4 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 18th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02484 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Nancy M. Maddox
UNIVERSITY OF TENNESSEE
66 North Pauline
Ste. 428
Memphis, TN 38163

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Honorable Samuel Mays
US DISTRICT COURT