IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ＿PA＿ D.C.

05 DEC -8 PM 5:01

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TNS

FRANK W. LING, M.D., ET AL.,

    Plaintiffs,

VS.                                        NO. 04-2484-MaP

THE UNIVERSITY OF TENNESSEE, ET AL.,

    Defendants.

ORDER ALLOWING EXCESS PAGE LIMIT

Before the court is the December 6, 2005, unopposed motion by plaintiffs for permission to file a brief in excess of the Rule 7.2(e) page limitation in support of plaintiff's motion for partial summary judgment. For good cause shown, the motion is granted and the plaintiffs may file a brief in excess of twenty pages.

So ORDERED this ___ day of December, 2005.

                            SAMUEL H. MAYS, JR.
                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02484 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Nancy M. Maddox
UNIVERSITY OF TENNESSEE
66 North Pauline
Ste. 428
Memphis, TN 38163

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Honorable Samuel Mays
US DISTRICT COURT