IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FRANK W. LING, M.D., ET AL.,

    Plaintiffs,

VS.                                          NO. 04-2484-MaP

THE UNIVERSITY OF TENNESSEE, ET AL.,

    Defendants.

---

ORDER OF DISMISSAL

---

    The parties have submitted a "Stipulation of Dismissal With Prejudice as to Defendant Owen Phillips, M.D. Only" indicating that this matter may be dismissed as to this defendant in her individual capacity. It is therefore ORDERED that this case is DISMISSED with prejudice *only* as to defendant Owen Phillips, M.D. in her *individual* capacity. Owen Phillips, M.D. remains a defendant in her capacity as Chair of the Department of Obstetrics and Gynecology.

    Entered this 14K day of December, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

FILED BY ___
05 DEC 15 PM
THOMAS M. GOU
CLERK, U.S. DISTRICT
W/D OF TN MEMPH



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02484 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Nancy M. Maddox
UNIVERSITY OF TENNESSEE
66 North Pauline
Ste. 428
Memphis, TN 38163

Honorable Samuel Mays
US DISTRICT COURT