FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 19 PM 3: 39

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

FRANK W. LING, M.D., ET AL.,

    Plaintiffs,

VS.                                                     NO. 04-2484-MaP

HENRY G. HERROD, M.D., ET AL.,

    Defendants.

---

ORDER ALLOWING EXCESS PAGE LIMIT

---

Before the court is the December 15, 2005, motion by defendants for permission to file a memorandum in excess of the Rule 7.2(e) page limitation in support of their motion for summary judgment. For good cause shown, the motion is granted and the defendants may file a memorandum in excess of twenty pages.

So ORDERED this 19th day of December, 2005.

                            SAMUEL H. MAYS, JR.
                            UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02484 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Nancy M. Maddox
UNIVERSITY OF TENNESSEE
66 North Pauline
Ste. 428
Memphis, TN 38163

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Honorable Samuel Mays
US DISTRICT COURT