IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.
05 DEC 30 AM 7:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FRANK W. LING, M.D,
ROBERT L. SUMMITT, JR., M.D.
and VAL Y. VOGT, M.D.,

    Plaintiffs,

VS.                              NO. 04-2484-MaP

HENRY G. HERROD, M.D.,
OWEN PHILLIPS, M.D., and
CHANCELLOR WILLIAM RICE,

    Defendants.

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

Before the court is the defendants' December 27, 2005, motion requesting an extension of time within which to file a response to the plaintiffs' motion for partial summary judgment. For good cause shown, the motion is granted. The defendants shall have until January 17, 2006 in which to file a response to the motion for partial summary judgment.

It is so ORDERED this 29th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12·30·05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02484 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Nancy M. Maddox
UNIVERSITY OF TENNESSEE
66 North Pauline
Ste. 428
Memphis, TN 38163

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Honorable Samuel Mays
US DISTRICT COURT